NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHANDONG RONGXIN IMPORT & EXPORT CO., LTD.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, DIXON TICONDEROGA COMPANY,**
*Defendants-Appellees*

---

2019-1142

---

Appeal from the United States Court of International Trade in No. 1:15-cv-00151-GSK, Judge Gary S. Katzmann.

---

**JUDGMENT**

---

JOHN J. KENKEL, DeKieffer & Horgan, Washington, DC, argued for plaintiff-appellant. Also represented by JAMES KEVIN HORGAN, GREGORY S. MENEGAZ.

ASHLEY AKERS, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by JOSEPH H. HUNT, JEANNE DAVIDSON,

PATRICIA M. MCCARTHY; BRENDAN SASLOW, Office of the Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

FELICIA LEBORGNE NOWELS, Akerman LLP, Tallahassee, FL, argued for defendant-appellee Dixon Ticonderoga Company. Also represented by MICHAEL J. LARSON, SHERYL DENISE ROSEN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and STOLL, *Circuit Judges*).
### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| October 7, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |